AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL CHARLES SCHENA<br><br>Defendant(s) | Case No. 1:25-mj-143<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 27, 2025** in the county of **Fairfax County** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 793(g) | Conspiracy to gather, transmit, or lose defense information |

This criminal complaint is based on these facts:
See affidavit.

☒ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Michael P. Ben'Ary

*Complainant's signature*

Adam Meredith, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 3, 2025

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*