AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2025 MAR -6  A 11: 01

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL CHARLES SCHENA<br><br>*Defendant* | )<br>)  Case No.  1:25-mj-143<br>)<br>)  UNDER SEAL<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Charles Schena                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C § 793(g): Conspiracy to gather, transmit, or lose defense information

Date:   3/03/2025                                    *William C. Fitzpatrick*
                                                    *Issuing officer's signature*

City and state:   Alexandria, Virginia              Hon. William E. Fitzpatrick, U.S. Magistrate Judge
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/4/25, and the person was arrested on *(date)* 3/5/25
at *(city and state)* Petersburg, VA.

Date: 3/6/25                                    *Kaley N. Flower*
                                                *Arresting officer's signature*

                                                Kaley Flower  Special Agent
                                                *Printed name and title*